826

No. 309. Tulloch v. Von Utter. C. A. 1st Cir. Certiorari denied.

No. 310. Harris et al. v. Harris et al. C. A. D. C. Cir. Certiorari denied.

No. 312. Material Handling Institute, Inc. v. McLaren, Assistant Attorney General. C. A. 3d Cir. Certiorari denied.

No. 314. Neville Chemical Co. v. Union Carbide Corp. C. A. 3d Cir. Certiorari denied.

No. 317. McMahan v. United States. C. A. 7th Cir. Certiorari denied.

No. 319. Mogulnicki v. Connecticut. App. Div., Cir. Ct. Conn. Certiorari denied.

No. 320. Schy v. Susquehanna Corp. et al. C. A. 7th Cir. Certiorari denied.

No. 321. Board of Education of Joliet Township High School District 204, County of Will, et al. v. Scoville et al. C. A. 7th Cir. Certiorari denied.

No. 327. Baird v. United States. C. A. 6th Cir. Certiorari denied.

No. 328. Segal et al. v. Morrissey et al. C. A. 2d Cir. Certiorari denied.

No. 329. Zarra v. United States. C. A. 3d Cir. Certiorari denied.